# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ELVIS GRAHAM

NO. 2025 KW 1248

**MARCH 9, 2026**

---

In Re:    Elvis Graham, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          09-17-0643.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

    **WRIT DENIED AS MOOT.** The records of the East Baton Rouge
Parish Clerk of Court's Office reflect that the district court
denied relator's Motion to Enforce Order on October 10, 2025.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT